UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-336 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| PATRICK DAVID VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:

    Supervised Release Violation

Date of Detention Hearing:   July 13, 2007

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant is charged in the Eastern District of Washington

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

01  (Case No.: 2-03CR00259-001) with violating the conditions of supervised release, specifically by

02  allegedly absconding from supervision on April 4, 2007 by failing to return to a residential reentry

03  center (halfway house) in Seattle, Washington.  Defendant has waived an identity hearing and an

04  order of transfer has been signed by this Court.

05        2.      There are currently no halfway house beds available in either Seattle or Tacoma.

06  Defendant has no other residence address in this District.  He is not currently employed.

07        3.      Defendant's criminal history includes warrant activity for failures to appear and also

08  shows prior violations of supervision.  Defendant tested positive for marijuana while on

09  community supervision with the Washington State Department of Corrections and failed to comply

10  with a substance abuse evaluation. There is an active warrant from Spokane County Superior

11  Court for community corrections violations which is extraditable nationally.

12        4.      Defendant poses a risk of nonappearance due to allegedly absconding from

13  supervision, a history of failing to comply with court orders and with supervision, lack of stable

14  residence, a past conviction for Attempt to Elude, and an active warrant.  He poses a risk of

15  danger due to criminal history which includes a conviction for felon in possession of a firearm.

16        5.      There does not appear to be any condition or combination of conditions that will

17  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

18  to other persons or the community.

19  It is therefore ORDERED:

20        (1)      Defendant shall be detained pending trial and committed to the custody of the

21              Attorney General for confinement in a correction facility separate, to the extent

22              practicable, from persons awaiting or serving sentences or being held in custody

DETENTION ORDER      15.13
18 U.S.C. § 3142(i)      Rev. 1/91
PAGE 2

pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of July, 2007.

Mary Alice Theiler
United States Magistrate Judge